**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JOHN LEE BLACK**
**ADC # 145623**                                                                              **PLAINTIFF**

**v.**                              **Case No. 5:17-cv-00291-KGB-JTK**

**WENDY KELLEY**                                                                              **DEFENDANT**

<u>**ORDER**</u>

Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 12). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Plaintiff John Lee Black's complaint is hereby dismissed without prejudice for failure to prosecute (Dkt. No. 2). Defendant Wendy Kelley's motion to dismiss is denied as moot (Dkt. No. 7).

So ordered this 5th day of July, 2018.

_____
Kristine G. Baker
United States District Judge