IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN LEE BLACK
ADC # 145623                                                                                    PLAINTIFF

v.                          Case No. 5:17-cv-00291-KGB-JTK

WENDY KELLEY                                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff John Lee Black's complaint is dismissed without prejudice. The relief sought is denied.

So adjudged this 5th day of July, 2018.

_____
Kristine G. Baker
United States District Judge